**JUDGE BUCHWALD**

**07 CV 2883**

KENNEDY LILLIS SCHMIDT & ENGLISH
Thomas M. Grasso (TG3737)
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiff

APR 11 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AMERICAN HOME ASSURANCE COMPANY, A/S/O )      07 CV (   )
OCE PRINTING SYSTEMS GMBH,            )
                                      )      RULE 7.1 CERTIFICATE
                Plaintiff,            )
                                      )
        -against                      )
                                      )
EL AL ISRAEL AIRLINES & NORTH AMERI-  )
CAN VAN LINES,                        )
                                      )
                Defendants.           )
------------------------------------x

    Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the plaintiff certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

    American International Group

Dated:  New York, New York
        April 10, 2007

                                KENNEDY LILLIS SCHMIDT & ENGLISH
                                Attorneys for Plaintiff,
                                American Home Assurance Company

                          By:   _____
                                Thomas M. Grasso (TG3737)
                                75 Maiden Lane - Suite 402
                                New York, New York  10038-4816
                                (212) 430-0800

1