UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMERICAN HOME ASSURANCE COMPANY,    :
a/s/o OCE PRINTING SYSTEMS GmbH,    :
                                    :   Docket No. 07 CV 2883 - NRB
              Plaintiff,            :
                                    :
        - against -                 :
                                    :   **Fed. R. Civ. P. 7.1 Disclosure**
EL AL ISRAEL AIRLINES, LTD., and NORTH  :   **Statement of Defendant**
AMERICAN VAN LINES                  :
                                    :   **EL AL ISRAEL AIRLINES, LTD.**
              Defendant.            :
-----------------------------------------------------------------X

Pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure, the undersigned counsel of record for a private (non-governmental) party hereby certifies that the following are corporate parents and any publicly held corporations that own 10% or more of defendant's stock:

KNAFAIM-ARKIA HOLDINGS LTD.

Dated:  New York, New York
        May 29, 2007

                                    KAPLAN von OHLEN & MASSAMILLO, LLC


                                    By:      s/ Lawrence Mentz
                                            Lawrence Mentz (LM-6635)
                                    Attorneys for Defendant
                                    EL AL ISRAEL AIRLINES LTD.
                                    555 Fifth Avenue - 15th Floor
                                    New York, New York 10017
                                    (212) 922-0450