UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
AMERICAN HOME ASSURANCE COMPANY,
A/S/O OCE PRINTING SYSTEMS GMBH,       07 CV 2883 (NRB) (FM)

        Plaintiff,

  - against -

EL AL ISRAEL AIRLINES & NORTH         **F.R.C.P. RULE 7.1**
AMERICAN VAN LINES,         **DISCLOSURE STATEMENT**

        Defendants.
-------------------------------------------------------------X

    JOHN C. LANE, ESQ., the attorney for defendant, Specialized Transportation, Inc., sued herein as North American Van Lines, having filed an initial pleading in the above-captioned matter, makes the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    There is no parent corporation of Specialized Transportation, Inc., nor is any percentage of Specialized Transportation, Inc., owned by any publicly held corporation.

Dated:   New York, New York
          June 1, 2007

                                  Yours, etc.

                                  LAW OFFICES OF JOHN C. LANE

                                  /s/ John C. Lane
                                  JOHN C. LANE (JL2596)
                                  Attorneys for Defendant
                                  Specialized Transportation, Inc.,
                                  sued herein as North American Van Lines
                                  PMB 46013, 140 Broadway, 46th Floor
                                  New York, New York 10005
                                  212-363-8048