**CERTIFICATE OF SERVICE**

      I certify that under penalty of perjury pursuant to 28 U.S.C. §1746, that on Friday, June 1, 2007, I caused to be served upon the following, by First Class United States Mail, postage prepaid, a true copy of the attached Answer on behalf of defendant, Specialized Transportation, Inc., sued herein as North American Van Lines, by depositing same in a postage-paid envelope in a U.S. Postal Box within New Jersey addressed to:

COUNSEL FOR PLAINTIFF

Thomas M. Grasso, Esq. (TG3737)
Kennedy Lillis Schmidt & English
75 Maiden Lane, Suite 402
New York, New York 10038-4816
212-430-0800

Dated:   New York, New York
          June 1, 2007

                                            /s/ John C. Lane, Esq.
                                            JOHN C. LANE, ESQ. (JL 2569)

*American Home Assurance Company v. El Al Israel*
*Airlines and North American Van Lines*
S.D.N.Y., 07 CV 2883 (NRB) (FM)
Our File: C.1849