UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN HOME ASSURANCE COMPANY, :
A/S/O OCE PRINTING SYSTEMS GMBH, :     07 CV 2883 (NRB) (FM)
:
          Plaintiff, :
:
v. :
:
EL AL ISRAEL AIRLINES & NORTH :     **STIPULATION EXTENDING**
AMERICAN VAN LINES, :     **TIME TO ANSWER**
:
          Defendants. :

---

The parties hereby agree to an extension of time for the defendant, North American Van Lines, to file an Answer in the above-captioned matter, up to and including June 1, 2007.

Dated: May 16, 2007

_____
Thomas M. Grasso, Esq. (TG 3737)
KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Plaintiff
75 Maiden Lane, Suite 402
New York, NY 10038-4816
212-430-0800

_____
John C. Lane (JL 2569)
LAW OFFICES OF JOHN C. LANE
Attorneys for Defendant
North American Van Lines
PMB 46013, 140 Broadway, 46th Floor
New York, New York 10005
212-363-8048