5092STIPULATIONOFDISCONTINUANCE/5092KLSMSERVER

KENNEDY LILLIS SCHMIDT & ENGLISH
Thomas M. Grasso, Esq. (TG3737)
75 Maiden Lane, Suite 402
New York, New York 10038-4816
Telephone: (212) 430-0800
Attorneys for Plaintiff



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN HOME ASSURANCE COMPANY,
a/s/o OCE PRINTING SYSTEMS GmbH,

                Plaintiff,

- v. -

EL AL ISRAEL AIRLINES, LTD. and
NORTH AMERICAN VAN LINES,

                Defendants.

07 CIV 2883 (NRB)

STIPULATION AND ORDER OF
DISCONTINUANCE

---

IT IS HEREBY STIPULATED by and between the parties to this action that the same shall be and hereby is dismissed and discontinued with prejudice and without costs to any party as against any other party pursuant to F.R.Civ.P. 41(a).

New York, New York
August 3, 2007

                KENNEDY LILLIS SCHMIDT & ENGLISH
              Attorneys for Plaintiff
              AMERICAN HOME ASSURANCE CO.

              By: _____
              Thomas M. Grasso (TG3737)
              75 Maiden Lane, Suite 402
              New York, New York 10038
              Telephone: (212) 430-0800

New York, New York  
August 3, 2007

KAPLAN, von OHLEN & MASSAMILLO, LLD  
Attorneys for Defendant  
EL AL ISRAEL AIRLINES, LTD.

_____  NMb by authority 8/3/07
Lawrence Mentz (LM 6655)  
555 Fifth Avenue – 15th Floor  
New York, New York 10016  
Telephone: (212) 922-0450

New York, New York  
Dated: August 3, 2007

LAW OFFICES OF JOHN C. LANE  
Attorneys for Defendant  
SPECIALIZED TRANSPORTATION, INC.  
Sued herein as NORTH AMERICAN VAN LINES

By: _____  
John C. Lane (JL2596)  
140 Broadway, 46th floor  
New York, New York 10005  
Telephone: 212-363-8048

IT IS SO ORDERED:                               Dated: August 6, 2007

_____  
HON. NAOMI REICE BUCHWALD, U.S.D.J.